UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | CR 04-10372-WGY |
| ) | |
| V. ) | ~~M.J. Case No. M-04-0530RBC~~ |
| ) | |
| **MICHAEL ARCO, and** ) | |
| **JESS SICILIANO,** ) | |
|    **Defendants** ) | |

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of the Defendant, Jess Siciliano for arraignment only in the above-entitled matter.

                                    Respectfully submitted,
                                    Attorney for the Defendant
                                    Jess Siciliano,

                                    */s/ R.C. Bardi*
                                    Richard C. Bardi, Esq.
                                    6 Beacon Street, Suite 410
                                    Boston, MA 02108
                                    (617) 227-4040
                                    BBO No. 542797

DATED: December 16, 2004

**CERTIFICATE OF SERVICE**
I HEREBY CERTIFY THAT ON THIS DAY A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH PARTY BY MAIL / BY HAND / BY FAX.
DATED: 12/16/04

12/16/04
Noreen Russo