AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     Massachusetts

United States
v.
Jess Siciliano

**APPEARANCE**

Case Number: 2004 10372-WGY-01

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for     Jess Siciliano

I certify that I am admitted to practice in this court.

Date: 1/13/05

Signature: James E. McCall

Print Name: James E. McCall     Bar Number: 327365

Address: 4 Longfellow Pl. Suite 3703

City: Boston     State: MA     Zip Code: 02114

Phone Number: 617 720-2900     Fax Number: 617 742 5761

DATE 1/13/05
Noreen Russo
Deputy Clerk